# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CARACO PHARMACEUTICAL LABORATORIES, LTD. AND SUN PHARMACEUTICAL INDUSTRIES, LTD., <br><br> Plaintiffs, <br> v. <br><br> NOVO NORDISK A/S AND NOVO NORDISK, INC., <br><br> Defendants. | Case No. 2:12-cv-13821-AC-DRG <br><br><br><br><br> Honorable Avern Cohn |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Caraco Pharmaceutical Laboratories, Ltd. and Sun Pharmaceutical Industries, Ltd.,[1] by their counsel, hereby dismiss with prejudice the above-captioned cause of action claiming damages for failure to pay the $2.75 million owed under the Stipulation & Agreement dated October 14, 2009. This notice has been submitted before any defendant has filed an answer or motion for summary judgment in this case. This dismissal does not prejudice any other rights Plaintiffs have under the Stipulation & Agreement.

Respectfully submitted,

/s/ Morley Witus

(signature block continues on next page)

Morley Witus (P30895)
mwitus@bsdd.com
Erica Fitzgerald (P64080)
efitzgerald@bsdd.com
BARRIS SOTT DENN & DRIKER P.L.L.C.
211 W. Fort Street
Detroit, Michigan 48226-3281
(313) 965-9725

---

[1] Plaintiffs file this Notice with a corrected caption because the Complaint inadvertently identified "Sun Pharmaceutical Industries, Ltd." as "Sun Pharmaceuticals, Ltd."

|  |  |
|---|---|
|  | James F. Hurst (admitted in E.D. Michigan)<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, Illinois 60601-9703 |
|  | David S. Bloch (admitted in E.D. Michigan)<br>WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, California 94111-5802 |
| Dated: October 5, 2012 | Charles B. Klein (admitted in E.D. Michigan)<br>John K. Hsu (admitted in E.D. Michigan)<br>WINSTON & STRAWN LLP<br>1700 K Street, N.W.<br>Washington, DC 20006-3817 |
|  | *Attorneys for Plaintiffs Caraco Pharmaceutical Laboratories, Ltd., and Sun Pharmaceutical Industries, Ltd.* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2012, I caused a copy of the foregoing *Plaintiffs' Notice of Dismissal with Prejudice* to be served on counsel representing Defendants in a related matter, Civil Action No. 2:05 CV 40188, in the Eastern District of Michigan, by electronic mail, on the following:

Josh A. Krevitt (jkrevitt@gibsondunn.com)
Aric H. Wu (awu@gibsondunn.com)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166

Wayne M. Barsky (wbarsky@gibsondunn.com)
Michael A. Sitzman (msitzman@gibsondunn.com)
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, California 90067

Michelle L. Alamo (malamo@dickinsonwright.com)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226

Dated:  October 5, 2012          */s/ Morley Witus*
                                  *Counsel for Plaintiffs*